**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                January 4, 2006
Courtroom Deputy:    Bernique Abiakam
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 05-cv-01673-RPM

| | |
|---|---|
| GRACE CHURCH OF THE ROARING FORK VALLEY, a Colorado non-profit corporation, et al., | Robert A. Lees<br>Bradley S. Abramson |
| Plaintiffs, | |
| v. | |
| COUNTY OF PITKIN, STATE OF COLORADO, et al., | Josh A. Marks<br>John Ely |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Motions Hearing / Scheduling Conference**

**10:29 a.m.     Court in session.**

Court calls case.  Appearances of counsel.

Court's preliminary remarks regarding proper governmental entity being sued.

Court reviews case background.

Judicial review of a zoning dispute.

10:33 a.m.     Argument by Mr. Lees.  Questions by the Court.

Discussion regarding possible joinder of parties.

Discussion regarding "Emma" Caucus Group.

Discussion regarding application for judicial review.

Comments regarding 1st Amendment violations.

*05-cv-01673-RPM*
*January 4, 2006*
*Motions Hearing / Scheduling Conference*

The Court informs counsel that the case background still needs more clarification.

10:46 a.m.      Statements by Mr. Ely.  Questions by the Court.

Discussion regarding statutes which govern zoning.

Discussion regarding comments by the Board of County Commissioners.

10:54 a.m.      Argument by Mr. Marks.  Question by the Court.

**ORDERED:     Defendants Dorothea Farris, Jack Hatfield, Michael Owsley, Mick Ireland and Patti Kay-Clappers' Motion to Dismiss (Filed 11/11/05; Doc. No. 6) is DENIED**.

10:57 a.m.      Discussion regarding Amended Proposed Scheduling Order (Filed 1/3/06; Doc. No 13).

Further discussion regarding the zoning hearing which took place.

Comment by Mr. Lees regarding additional depositions needed and more time for joinder of parties.

The Court will leave the scheduling order as it is, in order to allow for more time to get all the parties.

The Court informs counsel as to the proper caption naming parties.

**Amended Scheduling Order approved**.

**11:05 a.m.     Court in recess.**

Hearing concluded.   Total time in court: 36 minutes.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                January 4, 2006
Courtroom Deputy:    Bernique Abiakam
FTR Technician:      Kathy Terasaki

---

Civil Action No. 05-cv-01673-RPM

GRACE CHURCH OF THE ROARING FORK
VALLEY, a Colorado non-profit corporation, et al.,          Robert A. Lees
                                                            Bradley S. Abramson

        Plaintiffs,

v.

COUNTY OF PITKIN, STATE OF COLORADO, et al.,                Josh A. Marks
                                                            John Ely

        Defendants.

---

**COURTROOM MINUTES**

---

**Motions Hearing / Scheduling Conference**

**10:29 a.m.     Court in session.**

Court calls case.  Appearances of counsel.

Court's preliminary remarks regarding proper governmental entity being sued.

Court reviews case background.

Judicial review of a zoning dispute.

10:33 a.m.     Argument by Mr. Lees.  Questions by the Court.

Discussion regarding possible joinder of parties.

Discussion regarding "Emma" Caucus Group.

Discussion regarding application for judicial review.

Comments regarding 1st Amendment violations.

*05-cv-01673-RPM*
*January 4, 2006*
*Motions Hearing / Scheduling Conference*

The Court informs counsel that the case background still needs more clarification.

10:46 a.m.     Statements by Mr. Ely.  Questions by the Court.

Discussion regarding statutes which govern zoning.

Discussion regarding comments by the Board of County Commissioners.

10:54 a.m.     Argument by Mr. Marks.  Question by the Court.

**ORDERED:     Defendants Dorothea Farris, Jack Hatfield, Michael Owsley, Mick Ireland and Patti Kay-Clappers' Motion to Dismiss (Filed 11/11/05; Doc. No. 6) is DENIED**.

10:57 a.m.     Discussion regarding Amended Proposed Scheduling Order (Filed 1/3/06; Doc. No 13).

Further discussion regarding the zoning hearing which took place.

Comment by Mr. Lees regarding additional depositions needed and more time for joinder of parties.

The Court will leave the scheduling order as it is, in order to allow for more time to get all the parties.

The Court informs counsel as to the proper caption naming parties.

**Amended Scheduling Order approved**.

**11:05 a.m.     Court in recess.**

Hearing concluded.   Total time in court: 36 minutes.