IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01673-RPM

GRACE CHURCH OF THE ROARING FORK VALLEY,
a Colorado Non-Profit Corporation,
TERRY MANER, and
E. WAYNE STARR, as members of the Church
and participants therein,

        Plaintiffs,

v.

COUNTY OF PITKIN, STATE OF COLORADO;
DOROTHEA FARRIS;
JACK HATFIELD;
PATTI KAY-CLAPPER;
MICK IRELAND;
MICHAEL OWLEY;
And DOES 1-10, inclusive, individually and in their
official capacity.

        Defendants.

## ORDER

Upon consideration of the unopposed motion to file amended complaint (Doc. #19), filed on February 23, 2006, it is

ORDERED that the motion is granted and the amended complaint tendered therewith is ordered filed.

Dated: February 24th, 2006.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge