IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01673-RPM

GRACE CHURCH OF THE ROARING FORK VALLEY,
a Colorado Non-Profit Corporation,
TERRY MANER, and
E. WAYNE STARR, as members of the Church
and participants therein,

        Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF PITKIN, PITKIN COUNTY, STATE OF COLORADO;
DOROTHEA FARRIS;
JACK HATFIELD;
PATTI KAY-CLAPPER;
MICK IRELAND;
MICHAEL OWLEY,
individually and in their official capacity;
PLANNING AND ZONING COMMISSION OF THE TOWN OF BASALT, BASALT, STATE OF COLORADO;
NORM BACHELDOR;
BILL MARON;
ABLE LISTON;
JENIFER SEAL;
JOE ZUENA;
BERNIE BRAUER,
individually and in their official capacity;
And DOES 1-10, inclusive, individually and in their
official capacity,

        Defendants.

---

ORDER DENYING MOTION TO DISMISS BY DEFENDANT PLANNING AND ZONING COMMISSION OF THE TOWN OF BASALT

---

On March 30, 2006, the defendants Planning and Zoning Commission of the Town of Basalt, Colorado, and the individual members thereof filed a motion to dismiss

under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), asserting that the plaintiffs' claims against them are not ripe for judicial review; that the plaintiffs lack standing and that the plaintiffs have no claim against these defendants as a matter of law.  The claims in question are asserted in the plaintiffs' Amended Complaint, filed February 23, 2006. The plaintiffs responded to the motion and the moving party replied.

    All of the grounds asserted in the motion to dismiss are based on the same premise which is that the Planning and Zoning Commission of the Town of Basalt made only a recommendation to the Pitkin County Commissioners with respect to the denial of the application of the plaintiff Church for a special review use of the subject property for religious services.  That argument is based on the moving defendants' position that under the intergovernmental agreement between Pitkin County and the Town of Basalt, the County was free to make an independent evaluation, assessment and decision regarding the application.  Whether that is true is a mixed question of law and fact, involving an interpretation of the agreement as well as the manner in which the respective jurisdictions applied it and those issues are not subject to resolution on a motion to dismiss under either of the rules cited.  It is therefore

    ORDERED that the motion is denied.

    Dated: May 11th, 2006.

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge