UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01673-RPM

GRACE CHURCH OF THE ROARING FORK VALLEY, a Colorado Non-Profit Corporation, TERRY MANER, and E. WAYNE STARR, as members of the Church and participants therein,

**Plaintiffs,**

v.

BOARD OF COUNTY COMMISSIONERS OF PITKIN COUNTY, PITKIN COUNTY, STATE OF COLORADO; DOROTHEA FARRIS; JACK HATFIELD; PATTI KAY-CLAPPER; MICK IRELAND; MICHAEL OWSLEY, individually and in their official capacity; PLANNING AND ZONING COMMISSION OF THE TOWN OF BASALT, COLORADO; NORM BACHELDOR; BILL MARON; ABLE LISTON; JENNIFER SEAL; JOE ZUENA; BERNIE GRAUER, individually and in their official capacity; and DOES 1-10, inclusive, individually and in their official capacity,

**Defendants.**

## ORDER AMENDING SCHEDULING ORDER

The Court having considered the Basalt Planning Commission's motion to amend scheduling order and being fully advised therein, the Court determines that good cause has been shown for amending the order and the deadlines specified in Section 6, Case Plan and Schedule, are hereby amended as follows:

| | | |
|---|---|---|
| b. | Discovery Cut-Off Date: | January 13, 2007 |
| c. | Dispositive Motion Deadline: | February 11, 2007 |
| d(3). | Expert Witness Disclosures: | October 5, 2006 |
| d(4). | Rebuttal Expert Witness Disclosures: | November 11, 2006 |
| f. | Interrogatory Schedule: | December 8, 2006 |
| g. | Schedule for Requests for Production of Documents: | December 8, 2006 |
| h. | Schedule for Requests for Admissions: | December 8, 2006 |

UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO
Civil Action No. 05-cv-01673-RPM
**ORDER AMENDING SCHEDULING ORDER**

Page 2

SO ORDERED this 30th day of May, 2006

*/s/ Richard P. Matsch*
Richard P. Matsch
Senior District Judge