IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01673-RPM

GRACE CHURCH OF THE ROARING FORK VALLEY,
a Colorado Non-Profit Corporation,
TERRY MANER, and
E. WAYNE STARR, as members of the Church
and participants therein,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF PITKIN, PITKIN COUNTY, STATE OF COLORADO;
DOROTHEA FARRIS;
JACK HATFIELD;
PATTI KAY-CLAPPER;
MICK IRELAND;
MICHAEL OWLEY,
individually and in their official capacity;
PLANNING AND ZONING COMMISSION OF THE TOWN OF BASALT, BASALT, STATE OF COLORADO;
NORM BACHELDOR;
BILL MARON;
ABLE LISTON;
JENIFER SEAL;
JOE ZUENA;
BERNIE BRAUER,
individually and in their official capacity;
And DOES 1-10, inclusive, individually and in their
official capacity,

    Defendants.

___

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS INDIVIDUAL
DEFENDANTS OF TOWN OF BASALT, PLANNING AND ZONING COMMISSION

___

Upon review of the Motion to Dismiss Complaint on Behalf of Specially

Appearing Defendants Norm Bacheldor, Bill Maron, Able Liston, Jennifer Seal, Joe

Zuena and Bernie Grauer for Failure to Prosecute and Lack of Personal Jurisdiction (Doc. #46), filed on November 22, 2006, and plaintiff's response (Doc. #65), filed on January 9, 2007, it is

ORDERED that plaintiffs' claims against Norm Bacheldor, Bill Maron, Able Liston, Jennifer Seal, Joe Zuena and Bernie Grauer in their individual capacities are dismissed.

Dated: January 11, 2007.

BY THE COURT:

s/Richard P. Matsch

_____
.                                                                    Richard P. Matsch, Senior District Judge