**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             July 12, 2007
Courtroom Deputy:   J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 05-cv-01673-RPM

GRACE CHURCH OF THE ROARING FORK VALLEY,              Robert A. Lees
a Colorado non-profit corporation,
TERRY MANER, and
E. WAYNE STARR, as members of the Church and
participants therein,


        Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF PITKIN,              Josh A. Marks
PITKIN COUNTY, STATE OF COLORADO,              John M. Ely
DORETHEA FARRIS,              John A Hunter
JACK HATFIELD,              Daniel J. Sullivan
PATTI KAY-CLAPPER,
MICK IRELAND,
MICHAEL OWLEY, individually and in their official capacity, and
PLANNING AND ZONING COMMISSION OF THE TOWN OF BASALT,
BASALT, STATE OF COLORADO,

        Defendants.


_____

**COURTROOM MINUTES**
_____

**Motions Hearing**

**2:00 p.m.      Court in session.**

Plaintiff Maner present.

Court's preliminary remarks.

2:02 p.m.       Mr. Lees answers questions asked by the Court and comments on damages
                claims.

Mr. Lees agrees to provide all data utilized by Mr. and Mrs. Starr (experts) to defendants.

Court suggests bifurcation of equitable and legal remedies.

July 12, 2007
05-cv-01673-RPM

Discussion among Court, Mr. Marks and Mr. Sullivan regarding bifurcation.

Mr. Lees consents to bifurcation with bench trial on claims for injunctive relief.  No objection by defendants.

**ORDERED:**  **Case will be bifurcated.**
**Counsel shall prepare and submit a proposed protective order in accordance with Local Rule 7.3 and a discovery schedule by August 13, 2007.**
**Pitkin County's Motion to Compel with Supporting Authority, filed November 15, 2006 [40]**, **is denied.**
**Plaintiffs' Request for Designation and Appointment of Transcriber for Audio and Visual Recordings of Meetings and Hearings Held by the Defendants, filed June 8, 2007 [89] will be referred to Magistrate Judge Shaffer.**
**Pitkin County Defendants' Motion for Extension of Discovery Cut-off Deadline and Dispositive Motions Deadline, filed June 14, 2007 [91], is granted.**

**2:48 p.m.**  **Court in recess.**

Hearing concluded.   Total time in court: 48 min.