IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



Civil Action No. 05-cv-01673-RPM

GRACE CHURCH OF THE ROARING FORK VALLEY,
A Colorado Non-Profit Corporation, TERRY MANER and
E. WAYNE STARR, as members of the Church and participants therein,

Plaintiff,

v.

COUNTY OF PITKIN, STATE OF COLORADO;
DOROTHEA FARRIS; JACK HATFIELD; PATTI KAY-CLAPPER;
MICK IRELAND; MICHAEL OWLEY; inclusive, individually and in their official capacity; and
TOWN OF BASALT, PLANNING & ZONING COMMISSION,
BASALT, STATE OF COLORADO.

Defendants.

## STIPULATED NOTICE OF SETTLEMENT AND ORDER

The parties in the matter have reached a settlement of all claims for injunctive relief in this matter as a result of the bifurcation ordered by this Court on July 12, 2007. The Pitkin County Board of Commissioner voted and approved Resolution No. 005 - 2008 (attached hereto) granting Plaintiffs their special use review application as summarized and reflected therein. This matter was set for a four (4) day trial to the Court to commence on January 14, 2008. All of the declaratory and injunctive relief claims that were to be heard are now mooted by the issuance of the permit and any injunctive relief under RLUIPA is foreclosed under 42 U.S.C. 2000cc-3(e). The parties hereby request that this trial be vacated from the Court's docket.

Plaintiff's claims of Religious Land Use and Institutionalized Persons Act of 2000 - 42 U.S.C. §2000cc(b)(1), (2) and (3) ("RLUIPA") and Civil Rights violations as to declaratory judgment and injunctive relief only have been resolved; however, claims for damages under RLUIPA, the Civil Rights Act, free exercise of religion, freedom of speech and freedom of assembly, due process and unlawful taking, equal protection, free exercise/free speech/freedom of assembly/equal protection act, remain.

The parties hereby request that this Court schedule a status conference to set a new trial date and a pretrial conference for the next phase of this case. It has been informally agreed between the parties that settlement discussions will continue to resolve the remaining claims; however, in the absence of such resolution, a formal trial date scheduling will be necessary.

SUBMITTED this 10th day of January, 2008:

| ___s/ Robert A. Lees_____ | ___s/ Thomas F. Smith_____ |
|---|---|
| Robert A. Lees | AUSTIN, PEIRCE & SMITH, P.C. |
| ROBERT A. LEES & ASSOCIATES | 600 E. Hopkins Avenue #205 |
| 5290 DTC Parkway, Suite 150 | Aspen, Colorado 81611 |
| Greenwood Village, CO 80111 | Phone: 970-925-2600; fax: 970-925-4720 |
| Phone: 303-292-1020; Fax: 303-379-4735 | *Attorneys for Defendant Planning Zoning* |
| *Attorneys for Plaintiffs* | *Commission, Town of Basalt, Colorado* |

___s/ Josh A. Marks_____

Josh A. Marks

Berg, Hill, Greenleaf & Ruscitti, LLP

1712 Pearl Street

Boulder, CO 80302

Phone: 303-402-1600; Fax: 303-402-1601

*Attorneys for Pitkin County Defendants*

APPROVED AND ENTERED THIS _11_ day of January, 2008.

BY THE COURT:

_____

Richard P. Matsch

U.S. District Court Judge

A RESOLUTION OF THE BOARD OF COUNTY COMMISSIONERS
OF PITKIN COUNTY, COLORADO RE-EVALUATING ITS PREVIOUS DENIAL OF A
DEVELOPMENT APPLICATION SUBMITTED BY GRACE CHURCH AND
APPROVING WITH CONDITIONS THE PREVIOUS APPLICATION OF GRACE
CHURCH FOR SPECIAL REVIEW, GMQS EXEMPTION FOR AN ESSENTIAL
COMMUNITY FACILITY, 1041 HAZARD REVIEW AND CONCEPTUAL
SUBMISSION

RESOLUTION # 005-2008

RECITALS

1. Grace Church of the Roaring Fork Valley, Inc. ("Applicant") has applied to the Board of County Commissioners of Pitkin County, Colorado ("BOCC") for special review, GMQS exemption for an essential community facility, 1041 hazard review and conceptual submission.

2. The property is located at the intersection of Emma Road and Sopris Creek Road and is more specifically described in Exhibit "A".

3. The BOCC previously heard this application at public hearings on March 23 and May 11, 2005, at which time evidence and testimony were presented to the BOCC regarding this application.

4. The BOCC has been involved in litigation with the Applicant in the United States District Court. The presiding judge has clearly intimated that the action of the BOCC constituted a substantial burden on the free exercise of religion.

5. The BOCC is undertaking this re-evaluation of its previous action in order to preserve the constitutional rights of all citizens and to adhere as closely as possible to the tenets of the County Code and its adopted master plans.

**NOW THEREFORE, BE IT RESOLVED** by the Board of County Commissioners of Pitkin County, Colorado that it does hereby re-evaluate its previous denial and approves with conditions the previously submitted original application of the Applicant, summarized as follows:

1. Improvements:

   - 8,800 square foot sanctuary and chapel
   - 2,400 square foot residential structure
   - 3,800 square foot expansion structure
   - Allowing for 500 square feet of sub-grade space and 197 parking spaces
   - With the elimination of the previously applied for creek-side chapel and creek-side improvements; community gardens and orchards

RECEPTION#: 545760, 01/10/2008 at 03:19:57 PM,
1 OF 6, R $0.00 Doc Code RESOLUTION
Janice K. Vos Caudill, Pitkin County, CO

- Providing for the removal of all existing buildings on the property

These improvements are generally depicted on Exhibit "B".

2. This action of the BOCC is taken pursuant to 42 U.S.C. § 2000cc-3(e).

3. This approval is conditioned upon:

   (a) Adherence by the Applicant to all material representations made within its application and at the previous public hearings;
   (b) Vacation of trial currently set in the United States District Court for January 14, 2008;
   (c) Completion and execution of an agreement between the BOCC and the Applicant that consists of the following terms in a form acceptable to the County Attorney:

   - Grant of one-acre to the County by the Applicant to be located in the northwest corner of the property. One half of this acre to be used for a County fuel facility and one half of this acre to be used for public parking servicing the Rio Grande Trail and Emma Schoolhouse.
   - Grant of a covenant to the County by the Applicant restricting the property to the above-described improvements. Terms of the covenant shall run for ten (10) years and then bind the property to the application of the Land Use Code thereafter in perpetuity.
   - The payment of a reasonable, fair-market value for the above-described covenant to the Applicant by the County in an amount not to be less than $350,000.
   - Dismissal of all current state court appeals between the BOCC and Applicant.
   - Payment by the County to the Applicant of all attorneys' fees and costs in association with the current U.S. District Court case incurred by the Applicant.

**NOTICE OF PUBLIC HEARING PUBLISHED IN THE <u>ASPEN TIMES WEEKLY</u> ON DECEMBER 9, 2007.**

**APPROVED AND ADOPTED AT PUBLIC HEARING ON JANUARY 9, 2008.**

**PUBLISHED AFTER ADOPTION IN THE <u>ASPEN TIMES WEEKLY</u> ON _January 20_, 2008.**

Resolution No. 005 2008
Page 3

| ATTEST: | BOARD OF COUNTY COMMISSIONERS OF PITKIN COUNTY, COLORADO |
|---|---|
| *signature* | *signature* |
| Jeanette Jones<br>Deputy Clerk | Jack Hatfield, Chairman<br>Date: 1/10/08 |

APPROVED AS TO FORM:

*signature*

John M. Ely
County Attorney

*signature*

Cindy Houben
Director, Community Development

## EXHIBIT A

A PARCEL OF LAND SITUATED IN TRACT 62, SECTIONS 12 AND 13, TOWNSHIP 8 SOUTH, RANGE 87 WEST OF THE SIXTH PRINCIPAL MERIDIAN, PITKIN COUNTY, COLORADO, LYING EASTERLY OF THE CENTER OF SOPRIS CREEK, NORTHERLY OF THE CENTER OF HOME SUPPLY DITCH, AND SOUTHERLY AND WESTERLY OF A COUNTY ROAD AS CONSTRUCTED AND IN PLACE DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHERLY LINE OF SAID TRACT 62, SAID POINT BEING IN THE CENTER OF SOPRIS CREEK, WHENCE ANGLE POINT NO. 4 OF SAID TRACT 62 BEARS NORTH 83 DEGREES 02' WEST 1781.32 FEET;
THENCE NORTH 39 DEGREES 28' EAST 28.42 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 08 DEGREES 08' EAST 49.50 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 42 DEGREES 31' EAST 16.20 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 65 DEGREES 46' EAST 43.86 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 31 DEGREES 11' EAST 88.54 FEET ALONG THE CENTER OF SAID CREEK;
THENCE NORTH 21 DEGREES 39' WEST 73.16 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 02 DEGREES 32' EAST 68.07 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 07 DEGREES 57' WEST 137.32 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 83 DEGREES 12' WEST 71.01 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 66 DEGREES 22' WEST 59.86 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 23 DEGREES 18' WEST 149.16 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 12 DEGREES 45' WEST 54.34 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 06 DEGREES 45' EAST 93.65 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 22 DEGREES 50' EAST 61.85 FEET ALONG THE CENTER OF SAID CREEK;
THENCE NORTH 09 DEGREES 07' EAST 82.04 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 13 DEGREES 49' WEST 62.83 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 29 DEGREES 03' EAST 20.59 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 07 DEGREES 10' EAST 152.20 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 07 DEGREES 36' WEST 60.53 FEET ALONG THE CENTER LINE OF SAID CREEK;
THENCE NORTH 16 DEGREES 24' EAST 103.21 FEET ALONG THE CREEK LINE OF SAID CREEK TO A POINT ON THE SOUTHERLY LINE OF SAID ROAD;
THENCE NORTH 89 DEGREES 14'26" EAST 567.30 FEET ALONG THE SOUTHERLY LINE OF SAID ROAD;
THENCE SOUTH 72 DEGREES 47'02" EAST 330.76 FEET ALONG THE SOUTHERLY LINE OF SAID ROAD;
THENCE SOUTH 57 DEGREES 54'13" EAST 64.91 FEET ALONG THE SOUTHWESTERLY LINE OF SAID ROAD;
THENCE SOUTH 00 DEGREES 15'57" EAST 836.47 FEET ALONG THE WESTERLY LINE OF SAID ROAD TO A POINT IN THE CENTER OF SAID DITCH;
THENCE SOUTH 71 DEGREES 04'48" WEST 57.41 FEET ALONG THE CENTER LINE OF SAID DITCH;
THENCE SOUTH 78 DEGREES 16'46" WEST 313.81 FEET ALONG THE CENTER LINE OF SAID DITCH;
THENCE SOUTH 73 DEGREES 15'32" WEST 202.11 FEET ALONG THE CENTER LINE OF SAID DITCH;
THENCE SOUTH 68 DEGREES 25'08" WEST 161.50 FEET ALONG THE CENTER LINE OF SAID DITCH;
THENCE SOUTH 43 DEGREES 34'05" WEST 150.90 FEET ALONG THE CENTER LINE OF SAID DITCH;

## EXHIBIT A

THENCE SOUTH 71 DEGREES 57'30" WEST 47.71 FEET TO A POINT IN THE CENTER OF SAID CREEK, THE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PARCEL OF LAND CONVEYED BY DEED RECORDED SEPTEMBER 23, 1971 IN BOOK 258 AT PAGE 60 UNDER RECEPTION NO. 147650 DESCRIBED AS FOLLOWS:

A PARCEL OF LAND SITUATED IN TRACT NO. 62 OF SECTIONS 12 AND 13, TOWNSHIP 8 SOUTH, RANGE 87 WEST OF THE SIXTH PRINCIPAL MERIDIAN, LYING SOUTHERLY OF THE SOUTHERLY RIGHT OF WAY LINE OF A COUNTY ROAD AS CONSTRUCTED AND IN PLACE, AND EASTERLY OF THE CENTER LINE OF SOPRIS CREEK, SAID PARCEL BEING DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE CENTER OF SAID CREEK, WHENCE AN IRON POST WITH A BRASS CAP FOUND IN PLACE AND PROPERLY MARKED FOR ANGLE POINT NO. 4 OF SAID TRACT 62 BEARS SOUTH 62 DEGREES 16'06" WEST 1871.91 FEET;
THENCE NORTH 09 DEGREES 07'00" EAST 59.45 FEET ALONG THE CENTER OF SAID CREEK;
THENCE NORTH 13 DEGREES 49'00" WEST 62.82 FEET ALONG THE CENTER OF SAID CREEK;
THENCE NORTH 29 DEGREES 09'00" EAST 20.59 FEET ALONG THE CENTER OF SAID CREEK;
THENCE NORTH 07 DEGREES 10'00" EAST 152.20 FEET ALONG THE CENTER OF SAID CREEK;
THENCE NORTH 07 DEGREES 36'00" WEST 60.53 FEET ALONG THE CENTER OF SAID CREEK;
THENCE NORTH 16 DEGREES 24'00" EAST 103.21 FEET ALONG THE CENTER OF SAID CREEK TO A POINT ON THE SOUTHERLY RIGHT OF WAY LINE OF SAID COUNTY ROAD;
THENCE NORTH 89 DEGREES 14'28" EAST 387.37 FEET ALONG THE SOUTHERLY RIGHT OF WAY LINE OF SAID COUNTY ROAD;
THENCE SOUTH 06 DEGREES 05'51" EAST 457.15 FEET;
THENCE NORTH 89 DEGREES 26'51" WEST 432.67 FEET TO A POINT IN THE CENTER OF SAID CREEK, THE POINT OF BEGINNING.

COUNTY OF PITKIN, STATE OF COLORADO.

0384519

EXHIBIT "B"

**GRACE CHURCH OF THE ROARING FORK VALLEY**
CONCEPT MASTER PLAN

Scale: One inch equals Fifty feet

January 7, 2008

| | |
|---|---|
| Sanctuary | 8,800 square feet |
| Expansion Building | 3,800 square feet |
| Housing | 2,400 square feet |
| Total Building S.F. | 15,000 square feet |
| Parking | 197 spaces maximum |