IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01673-RPM

GRACE CHURCH OF THE ROARING FORK VALLEY,
a Colorado Non-Profit Corporation,
TERRY MANER, and
E. WAYNE STARR, as members of the Church
and participants therein,

        Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF PITKIN COUNTY, STATE OF COLORADO;
DOROTHEA FARRIS;
JACK HATFIELD;
PATTI KAY-CLAPPER;
MICK IRELAND;
MICHAEL OWLEY,
individually and in their official capacity;
PLANNING AND ZONING COMMISSION OF THE TOWN OF BASALT, BASALT, STATE OF COLORADO;

        Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary


     Due to a conflict in the Court's calendar, the status conference is **rescheduled** for **February 11, 2008, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


DATED:  February 6, 2008