IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01673-RPM

GRACE CHURCH OF THE ROARING FORK VALLEY,
a Colorado Non-Profit Corporation,
TERRY MANER, and
E. WAYNE STARR, as members of the Church
and participants therein,

    Plaintiffs,
v.

BOARD OF COUNTY COMMISSIONERS OF PITKIN, PITKIN COUNTY, STATE OF COLORADO;
DOROTHEA FARRIS;
JACK HATFIELD;
PATTI KAY-CLAPPER;
MICK IRELAND;
MICHAEL OWLEY,
individually and in their official capacity;
PLANNING AND ZONING COMMISSION OF THE TOWN OF BASALT, BASALT, STATE OF COLORADO,

    Defendants.

---

## ORDER FOR HEARING

Upon review of the Status Report, filed August 21, 2008, and the Settlement and Release attached thereto and the statement in the Status Report that the plaintiffs request that this Court incorporate the settlement agreement into the Stipulated Notice of Settlement and Order entered on January 11, 2008, and retained jurisdiction over the claims in this matter being unclear, it is

ORDERED that a hearing will be held on **October 8, 2008, at 11:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado, to determine what order should be entered as a result of the statement and release.

Dated: September 23rd, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge